```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

       Petitioners,

-against-

PETTA CONTRACTING INC.,

       Respondent.

22 Civ. 7268 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  Petitioners filed a petition to confirm arbitration on August 25, 2022. ECF No. 1. To date, Respondent has not appeared in this matter. Accordingly, by **January 24, 2023**, Petitioners shall move for default.

  SO ORDERED.

Dated: January 10, 2023
   New York, New York

                _____
                ANALISA TORRES
               United States District Judge