

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2023

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

May 16, 2023

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *Trs. of the New York City District Council of Carpenters Pension Fund, et al., v. Petta Contracting, Inc.*, Case no. 22 CV 7268 (AT)

Dear Judge Torres:

    This firm represents the Petitioners in the above-referenced action. We write with the consent of counsel for the Respondent to request an extension of the stay of this action pending the finalization of a settlement between the parties. This is the second such request for a stay.

    As we previously advised the Court, the Trustees approved a settlement proposal in principle at their meeting on April 12, 2023. The parties have agreed upon the written form of settlement. The Defendant's principal is traveling and has been unable to return an executed copy of the agreement. A 30-day extension of the stay will the parties to obtain the necessary signatures while preserving their rights in connection with this action.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

Maura Moosnick, Esq.

Cc:    Courtesy copy to the Court (Torres_NYSDChambers@nysd.uscourts.gov)
        Steven Sledzik, Esq., Attorney for Defendants (via ECF)

GRANTED. Any application to reopen shall be made by **June 20, 2023**.

SO ORDERED.

Dated: May 18, 2023
       New York, New York

ANALISA TORRES
United States District Judge