

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/20/2023

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

June 16, 2023

<u>**VIA ECF**</u>

Hon. Analisa Torres, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

       **RE:**   <u>*Trs. of the New York City District Council of Carpenters Pension Fund, et al., v. Petta Contracting, Inc*</u>., Case no. 22 CV 7268 (AT)

Dear Judge Torres:

    This firm represents the Petitioners in the above-referenced action. We write with counsel for the Respondent to request an extension of the stay of this action pending the finalization of a settlement between the parties. This is the third such request for a stay. We sincerely appreciate the Court's courtesies in granting the parties' prior requests.

    As we previously advised the Court, the Trustees approved a settlement proposal. Counsel for the parties have agreed upon the written form of settlement. We previously requested a stay to accommodate time for the parties to consummate the settlement agreement. Unfortunately, this has not yet occurred. We are optimistic that a 30-day extension of the stay will provide the time necessary for the parties to do so while preserving their rights in connection with this action.

    We thank the Court for its time and attention to this matter.

                                                            Respectfully submitted,

                                                            Maura Moosnick, Esq.

GRANTED.  Any application to reopen shall be made by **July 20, 2023**.

SO ORDERED.

Dated: June 20, 2023
      New York

                                         ANALISA TORRES
                                   United States District Judge